United States District Court
Southern District of New York
------------------------------------X
TATUM SHORTER

               Plaintiff,

     -against-                             07 Civ. 9290 (DAB)
                                              ORDER
CITY OF NEW YORK, POLICE OFFICER
JAMILLAH WILLIAMS, POLICE OFFICER
JOHN DOE,

              Defendants.
------------------------------------X
DEBORAH A. BATTS, United States District Judge.

     The Court's practice is to have the issues joined as to all parties prior to scheduling a conference pursuant to Rule 16 of the Federal Rules of Civil Procedure. Within ten days of the date of this Order, Plaintiff shall in writing inform the Court of what efforts he is making to identify Defendant John Doe.

SO ORDERED.

Dated:    New York, New York
            January 9, 2008

                                            Deborah A. Batts
                                 United States District Judge