SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

TATUM SHORTER,

                              Plaintiff,

-against-

**STIPULATION & ORDER**

07 CV 9290 (DAB)

THE CITY OF NEW YORK, POLICE OFFICER JAMILLAH WILLIAMS, POLICE OFFICER JOHN DOE,

                              Defendants.

------------------------------------------------------------------x

**IT IS HEREBY STIPULATED AND ORDERED** that plaintiff may file an amended complaint and join additional parties on or before February 15, 2008.

Richard J. Cardinale
Cardinale & Marinelli
Attorneys for Plaintiff
26 Court Street, Suite 1815
Brooklyn, New York 11242
(718) 624-9391

Karl Ashanti
Assistant Corporation Counsel
Attorney for Defendants
100 Church Street
New York, New York 10007
(212) 227-0414

SO ORDERED this 28 day of January, 2008
New York, New York

The Honorable Deborah A. Batts