UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

TATUM SHORTER,

                              Plaintiff,

-against-

THE CITY OF NEW YORK, POLICE OFFICER
JAMILLAH WILLIAMS, LIEUTENANT FRANK
KELLY,

                              Defendants.

------------------------------------------------------------X

**STIPULATION AND ORDER OF SETTLEMENT AND DISMISSAL**

07 CV 9290 (DAB)(HBP)

      **WHEREAS,** plaintiff commenced this action by filing a complaint, on or about October 17, 2007, alleging violations of her federal rights; and

      **WHEREAS,** defendants have denied any and all liability arising out of plaintiff's allegations; and

      **WHEREAS,** the parties now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

      **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, as follows:

      1.    The above-referenced action is hereby dismissed, with prejudice, and without costs, expenses, or fees in excess of the amount specified in paragraph "2" below.

      2.    Defendant City of New York hereby agrees to pay plaintiff TATUM SHORTER, Ten Thousand Dollars ($10,000.00) in full satisfaction of all claims, including claims for costs, expenses and attorney fees. In consideration for the payment of this sum, plaintiff agrees to dismissal of all the claims against defendants, and to release defendants

POLICE OFFICER JAMILLAH WILLIAMS, LIEUTENANT FRANK KELLY and CITY OF NEW YORK and any present or former employees or agents of the City of New York or any agency thereof, from any and all liability, claims, or rights of action arising from and contained in the complaint in this action, including claims for costs, expenses and attorney fees.

3. Plaintiff shall execute and deliver to the defendants' attorney all documents necessary to effect this settlement, including, without limitation, General Releases based on the terms of paragraph "2" above and an Affidavit of No Liens.

4. Nothing contained herein shall be deemed to be an admission by any of the defendants that they have in any manner or way violated plaintiff's rights, or the rights of any other person or entity, as defined in the constitutions, statutes, ordinances, rules or regulations of the United States, the State of New York, or the City of New York or any other rules, regulations or bylaws of any department or subdivision of the City of New York. This stipulation shall not be admissible in, nor is it related to, any other litigation or settlement negotiations.

5. Nothing contained herein shall be deemed to constitute a policy or practice of the City of New York or the New York City Police Department.

6.  This Stipulation and Order contains all the terms and conditions agreed upon by the parties hereto, and no oral agreement entered into at any time nor any written agreement entered into prior to the execution of this Stipulation and Order regarding the subject matter of the instant proceeding shall be deemed to exist, or to bind the parties hereto, or to vary the terms and conditions contained herein.

Dated: New York, New York
       February 27, 2008

| | |
|---|---|
| CARDINALE & MARINELLI<br>*Attorney for Plaintiff*<br>26 Court Street, Suite 1815<br>Brooklyn, New York 11242<br>(718) 624-9391<br><br>By: _____<br>RICHARD J. CARDINALE (RC 9507) | MICHAEL A. CARDOZO<br>Corporation Counsel of the<br>  City of New York<br>*Attorney for Defendants*<br>100 Church Street, 3-157<br>New York, New York 10007<br>(212) 227-0414<br><br>By: _____<br>KARL J. ASHANTI (KA4547)<br>Assistant Corporation Counsel |

SO ORDERED:

*Deborah A. Batts*
U.S.D.J.    3/7/08